UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60822-CIV-SINGHAL/VALLE

WILLIAM MARCUS WOODALL,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social
Security Administration,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Report and Recommendation (DE [22]) of the Magistrate Judge recommending that Plaintiff's Motion for Summary Judgment (DE [15]) be granted and that Defendant's Motion for Summary Judgment (DE [16]) be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (DE [22]) is **AFFIRMED** and **ADOPTED.** Plaintiff's Motion for Summary Judgment (DE [15]) is **GRANTED**. Defendant's Motion for Summary Judgment (DE [16]) is **DENIED.** A separate Final Judgment in favor of Plaintiff will be entered.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of April 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF